IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE MIGUEL CARDONA ALONZO

DEBTOR(S)

CASE NUMBER: 18-06028/MCF

CHAPTER 13

## DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "D" OFFICIAL FORM 106D

**TO THE HONORABLE COURT:**

**COMES NOW, JOSE MIGUEL CARDONA ALONZO,** the Debtor through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting **Amended Schedule "D" Official Form 106D** dated October 15, 2020, herewith and attached to this motion.

2. This amendment to Schedule "D" is filed to *include a secured claim, from creditor Palmas del Mar Homeowners Association Inc., Civil Case No. HU2020CV00394, PO Box 9027, Humacao PR 00791; Gonzalez & Morales Law Offices LLC., Jose Rafael Gonzalez Rivera, Esq., PO Box 10242, Humacao PR 00792, balance owed $3,070.09.*

**WHEREFORE**, the Debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

Page -2-
Debtors' Motion Concerning Amendment to Schedule "D"
Case no. 18-06028/MCF13

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: Debtor to his address of record; to the creditor affected by the amendment: _Palmas del Mar Homeowners Association, Inc., PO Box 9027, Humacao PR 00791; Gonzalez & Morales Law Offices, LLC., Jose Rafael Gonzalez Rivera, PO Box 10242, Humacao, PR 00792_; and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 15th day of October 2020.

/s/*Roberto Figueroa Carrasquillo*
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL. NO. (787) 744-7699 FAX (787) 746-5294
EMAIL: rfc@rfigueroalaw.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | JOSE | MIGUEL | CARDONA ALONZO |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:18-bk-6028

☑ Check if this is an amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| 2.1 **Palmas del Mar Homeowners Assoc Inc**<br>Creditor's Name | Describe the property that secures the claim: | $3,070.09 | $285,000.00 | $3,070.09 |
| | PALMAS PLANTATION 12 EAGLE ST, HUMACAO, PR 00791 Debtor owns a residential property is located at Palmas Plantation 12 Eagle St, Humacao Puerto Rico; this property consists of: 3 bedrooms, 2 bathrooms, living & dining room and Kitchen. | | | |
| PO Box 9027<br>Humacao, PR 00791<br>Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| **Who owes the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | | | |
| Date debt was incurred _____ | Last 4 digits of account number  0394 | | | |

Debtor 1: JOSE MIGUEL CARDONA ALONZO
Case number (if known): 3:18-bk-6028

### 2.2 ShellPoint Mortgage Servicing

**Creditor's Name**
PO Box 10826
Greenville, SC 29603-0826

**Describe the property that secures the claim:**
Tiffany Cond Apart 504, Carolina, PR 00979
Debtor owns a real property, this is an apartment located at Tiffany Condominium Apart 504, Carolina Puerto Rico; this property consists of: 2 bedrooms, 2 bathrooms, living & dining room, kitchen;

Column A: $438,000.00
Column B: $305,000.00
Column C: $133,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred: _____
Last 4 digits of account number: 6698

### 2.3 Sps

**Creditor's Name**
PO Box 65250
Salt Lake City, UT 84165-0250

**Describe the property that secures the claim:**
PALMAS PLANTATION 12 EAGLE ST, HUMACAO, PR 00791
Debtor owns a residential property is located at Palmas Plantation 12 Eagle St, Humacao Puerto Rico; this property consists of: 3 bedrooms, 2 bathrooms, living & dining room and Kitchen.

Column A: $555,949.00
Column B: $285,000.00
Column C: $270,949.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred: 2003-08-18
Last 4 digits of account number: 3396

Add the dollar value of your entries in Column A on this page. Write that number here: **$997,019.09**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$997,019.09**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Debtor 1  JOSE MIGUEL CARDONA ALONZO  
         First Name    Middle Name    Last Name

Case number (if known)  3:18-bk-6028

☐ Name, Number, Street, City, State & Zip Code  
**Gonzalez & Morales Law Offices LLC**  
Lcdo Jose Rafael Gonzalez Rivera  
PO Box 10242  
Humacao, PR 00792

On which line in Part 1 did you enter the creditor?  **2.1**  
Last 4 digits of account number  **0394**

☐ Name, Number, Street, City, State & Zip Code  
**Martinez & Torres Law Offices PSC**  
PO Box 192938  
San Juan, PR 00919-3409

On which line in Part 1 did you enter the creditor?  **2.2**  
Last 4 digits of account number  **6698**

☐ Name, Number, Street, City, State & Zip Code  
**MTGLQ Investors LP**  
200 West St  
New York, NY 10282-2102

On which line in Part 1 did you enter the creditor?  **2.2**  
Last 4 digits of account number  **6698**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | JOSE | MIGUEL | CARDONA ALONZO |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known) 3:18-bk-6028

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ JOSE MIGUEL CARDONA ALONZO          X _____
JOSE MIGUEL CARDONA ALONZO                    Signature of Debtor 2
Signature of Debtor 1

Date October 15, 2020                                  Date _____

```
Label Matrix for local noticing        US Bankruptcy Court District of P.R.    BANCO POPULAR DE PUERTO RICO
0104-3                                 Jose V Toledo Fed Bldg & US Courthouse  BANKRUPTCY DEPARTMENT
Case 18-06028-MCF13                    300 Recinto Sur Street, Room 109        PO BOX 366818
District of Puerto Rico                San Juan, PR 00901-1964                 SAN JUAN PR 00936-6818
Old San Juan
Thu Oct 15 13:58:37 AST 2020

CRIM                                   Condominio Tiffany                      DEPARTMENT OF TREASURY
PO BOX 195387                          4939 Isla Verde Ave Ste 1003            BANKRUPTCY SECTION 424 B
SAN JUAN, PR 00919-5387                Carolina, PR 00979-5474                 PO BOX 9024140
                                                                               SAN JUAN, PR 00902-4140


DLJ MORTGAGE CAPITAL INC.              Departamento de Hacienda                Departamento de Hacienda
P.O. Box 65250                         Bankruptcy Section                      PO Box 9024140
Salt Lake City, UT 84165-0250          235 Ave Arterial Hostos Ste 1504        San Juan, PR  00902-4140
                                       San Juan, PR  00918-1451


Florida Blue                           (p)INTERNAL REVENUE SERVICE             J Jaramillo Insurance
4800 Deerwood Campus Pkwy              CENTRALIZED INSOLVENCY OPERATIONS       PO Box 195357
Jacksonville, FL 32246-6498            PO BOX 7346                             San Juan, PR  00919-5357
                                       PHILADELPHIA PA 19101-7346


Lcdo Jose A Soto Verges                MTGLQ Investors LP                      Martinez & Torres Law Offices PSC
PO Box 211                             200 West St                             PO Box 192938
Mayaguez, PR  00681-0211               New York, NY  10282-2102                San Juan, PR  00919-3409


ShellPoint Mortgage Servicing          Sps                                     Virginia Rodriguez Marquez
PO Box 10826                           PO Box 65250                            316 Los Caminos St
Greenville, SC  29603-0826             Salt Lake City, UT  84165-0250          Saint Augustine, FL  32095-7411


JOSE MIGUEL CARDONA ALONZO             JOSE RAMON CARRION MORALES              MONSITA LECAROZ ARRIBAS
URB QUINTAS DE CUPEY                   PO BOX 9023884                          OFFICE OF THE US TRUSTEE (UST)
B11 CALLE 16                           SAN JUAN, PR 00902-3884                 OCHOA BUILDING
SAN JUAN, PR 00926-6209                                                        500 TANCA STREET  SUITE 301
                                                                               SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CSMC 2019-RPL4 TRUST

End of Label Matrix
Mailable recipients  21
Bypassed recipients   1
Total                22