**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**JOSE MIGUEL CARDONA ALONZO**<br><br>**xxx–xx–3786**<br><br><br>Debtor(s) | Case No. **18–06028 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 10/28/20 |

***ORDER***

The debtor(s) is (are) granted fourteen (14) days to reply to the Chapter 13 Trustee's unfavorable recommendation filed on 10/27/20 (Docket No. 29). Upon failure to reply timely, the Court may enter an order denying the debtor's('s) proposed post–confirmation modified plan (Docket No. 21).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, October 28, 2020 .

*Mildred Cabán*
Mildred Caban Flores
United States Bankruptcy Judge